ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| JML Logistics LLC | ) ASBCA No. 63840 |
| | ) |
| Under Contract No. SPE7LX-20-D-0112 | ) |
| D.O. SPE7LX-23-F-00EJ | ) |

APPEARANCE FOR THE APPELLANT:    Ms. Rita J. Collins
    Owner

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
    DLA Chief Trial Attorney
    Tyson McDonald, Esq.
    Addison M. Spriggs, Esq.
    Trial Attorneys
    DLA Land and Maritime
    Columbus, OH

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: March 7, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63840, Appeal of JML Logistics LLC, rendered in conformance with the Board's Charter.

Dated: March 8, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals